B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Ohio, Western Division

In re: Lonnie L. Herzner, Lynn A. Herzner
Debtor(s)

Case No.
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

**Creditor's Name:** Chase Automotive Finance*

**Describe Property Securing Debt:** 2006 Chevrolet Uplander

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt
- ☐ Not claimed as exempt

---

**Property No. 2**

**Creditor's Name:** GMAC

**Describe Property Securing Debt:** 2004 Chevrolet Aveo

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt
- ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                 Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>VNB Mortgage Services | **Describe Property Securing Debt:**<br>Residence<br>4723 Greenglen Lane<br>Cincinnati, Ohio  45238<br>purchased on 10/08/1998 for $71,400.00 |

Property will be (check one):
   ☐ Surrendered                            ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                           ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date    April 16, 2010                 Signature    /s/ Lonnie L. Herzner
                                                            Lonnie L. Herzner
                                                            Debtor

Date    April 16, 2010                 Signature    /s/ Lynn A. Herzner
                                                            Lynn A. Herzner
                                                            Joint Debtor