**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

IN RE:                                                         Case No. 10-12690

Lonnie Herzner                                          Chapter 13
Lynn Herzner

                                                       Judge JEFFREY HOPKINS

       Debtor(s)

## AMENDED SCHEDULES B & C

     Now comes the Debtor, by and through counsel, and hereby asks to leave to amend Schedules B & C

     I, Lonnie Herzner and Lynn Herzner, certify under penalty of perjury that I have read the foregoing amendment and that it is true and correct to the best of my knowledge, information and belief.

/s/ Lonnie Herzner                                   /s/ Lynn Herzner
Lonnie Herzner, Debtor                          Lynn Herzner, Debtor

                                          Respectfully submitted;

                                          /s/ Kathleen D. Mezher
                                          Kathleen D. Mezher #0016982
                                          Attorney for Debtor
                                          8075 Beechmont Avenue
                                          Cincinnati, Ohio 45255
                                          (513) 474-3700

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was sent to Henry Menninger, 600 Vine Street, Suite 2500, Cincinnati, Oh 45202; and the Office of the U.S. Trustee, 36 East Seventh Street, Suite 2030, Cincinnati, Ohio 45202 by US mail or electronic service on this ___7__ day of June, 2010.

                                          /s/ Kathleen D. Mezher
                                          Kathleen D. Mezher #0016982
                                          Attorney for Debtor